

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00003-CV

---

In re Alexandra Jenkins

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## JUDGMENT

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Rebeca Bustamante, Justice Court, Precinct 4, of El Paso County, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED this 14th day of January 2026.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.